UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2009 JUN 10 AM 9: 25

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JUAN PEREZ-SALAZAR,<br><br>　　　　　　Defendant. | CASE NO. 09CR1681-JAH<br><br>JUDGMENT OF DISMISSAL |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of: __21:952, 960.__

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 5, 2009

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____